IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **KEVIN BLANCETT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  7:11-cv-106-O |
| § | |
| **MICHAEL J. ASTRUE, Commissioner of** § | |
| the Social Security Administration, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED** on this **13th day** of **September, 2012**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**